3

L Bryant Jaquez, Esq. (SBN 252125)
Adam P. Thursby (SBN 318465)
GHIDOTTI BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
athursby@ghidottiberger.com

Attorneys for US Bank Trust NA as trustee of the Lodge Series III Trust

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In Re:<br><br>Yevgeniy Zhilovskiy<br>    Debtor. | Case No.: 20-21659<br><br>DC: AT-1<br><br>CHAPTER 13<br><br>**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND MEMORANDUM AND POINTS AND AUTHORITIES THEREOF**<br><br>**Current Hearing Date:**<br>Date: May 12, 2020<br>Time: 1:30 P.M.<br>Ctrm: 35<br>Place:<br>501 I Street, 6th Floor<br>Sacramento, CA 95814<br><br>Honorable Christopher M. Klein |
|---|---|

**TO THE HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), THE CHAPTER 13 TRUSTEE, THEIR COUNSEL OF RECORD, IF ANY, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** a hearing on Movant's US Bank Trust NA as trustee of the Lodge Series III Trust ("Secured Creditor" or "Movant"), Motion for Relief

from the Automatic Stay Under 11 U.S.C. § 362 ("Motion") will be heard on May 12, 2020, at 1:30 P.M., in Courtroom 35, of the above captioned Court located at 501 I Street, 6th Floor, Sacramento, California 95814 before the Honorable Christopher M. Klein.

This Motion is being made pursuant to Local Bankruptcy Rule 4001-1 and 9014-1(f)(1), 11 United States Code § 362(d) and Federal Rules of Bankruptcy Procedure Rule 4001 and is based on this Notice of Motion and the grounds for relief from stay under 11 U.S.C. § 362(d) set forth in the accompanying Motion for Relief from the Automatic Stay, Memorandum of Points and Authorities in Support of the Motion for Relief from the Automatic Stay and the Declaration in Support of the Motion for Relief from the Automatic Stay filed concurrently herewith, the complete files and records in this action, the oral argument of counsel, if any, and such other and further evidence as the Court might deem proper.

**PLEASE TAKE FURTHER NOTICE THAT** opposition to this Motion, if any, must be in writing, must be supported by written evidence and must be filed with the Clerk of the above-captioned Court and served upon Movant and/or its counsel and all other relevant parties entitled to receive notice thereof at least fourteen (14) calendar days preceding the hearing date or continued hearing date on this Motion pursuant to Local Bankruptcy Rule 9014-1(f)(1)(B).

Any opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 43(e). If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discreetly each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to the resolution of the Motion and all disputed material factual issues pursuant to FRCP 43(e).

Without good cause, no party shall be heard in opposition to the Motion at oral argument if written opposition has not been timely filed with the Clerk of the Court and properly served on Movant and/or its counsel as required. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion and/or may result in the imposition of sanctions.

A determination of whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling can be viewed by checking the pre-hearing dispositions at the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Any party appearing telephonically must view the pre-hearing dispositions prior to the hearing.

GHIDOTTI BERGER

Dated: April 8, 2020

By: /s/ L. Bryant Jaquez
L. Bryant Jaquez, Esq.
Attorney for US Bank Trust NA as trustee of the Lodge Series III Trust