# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

### NOTICE OF RESTRICTED COURTHOUSE ACCESS
### AND
### REQUIRED TELEPHONIC APPEARANCES FOR COUNSEL AND PARTIES

Chief District Court Judge Kimberly J. Mueller has issued General Order 618 limiting access to the federal courthouses in the Eastern District of California in light of the current coronavirus (COVID–19) outbreak. **For Bankruptcy Court proceedings**, the General Order provides in part:

1.  Federal courthouses in the Eastern District of California are closed to the public. **Only persons having official court business as authorized (ordered) by a Judge of the Bankruptcy Court may enter courthouse property.**

2.  **All bankruptcy matters will be decided on the papers, or if the assigned Judge believes a hearing is necessary, a hearing will be conducted by telephone.** [See below how to appear by phone for hearings.]

A bankruptcy judge's Pre–Hearing Dispositions (rulings) may be reviewed the afternoon prior to the hearing date at the Bankruptcy Court website:

http://www.caeb.uscourts.gov/Calendar/PreHearingDispositions.aspx

to check to see if it is a final ruling (no hearing) or tentative ruling (hearing to be conducted).

3.  Parties who are representing themselves (pro se litigants), **are strongly encouraged to file documents by mail**. For those unable to file by mail, the court will provide drop boxes for filing inside the entrances to the Sacramento, Modesto, and Fresno courthouses.

The mailing addresses for bankruptcy case related filings are:

| For Sacramento and Modesto Division Cases | For Fresno and Bakersfield Division Cases |
|---|---|
| United States Bankruptcy Court<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | United States Bankruptcy Court<br>2500 Tulare Street, Suite 2501<br>Fresno, CA 93721 |

## Telephonic Appearances For Attorneys and Parties

Telephonic appearances are arranged through a service called CourtCall. CourtCall is an independent business and is not part of the Federal Court. CourtCall has advised the court that it will provide attorneys with a reduced fee and will waive the telephonic appearance fee for pro se parties (those who are not represented by an attorney) until May 31, 2020, in light of the restricted courthouse access. **The contact information for CourtCall to arrange for a phone appearance is: (866) 582–6878.**